

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00364-CV

| | | |
|---|---|---|
| ZACHARY SADEGHIAN, AGENT AND TRUSTEE OF KAMY REAL PROPERTY TRUST, KAMY TRUST, RERAM INC., KOZAMESA INC., KAMY INVESTMENTS LLC, AMY J. SADEGHIAN OF KAMY REAL PROPERTY TRUST, ZFN REALTY LLC, Appellants | § | On Appeal from the 431st District Court |
| | § | of Denton County (22-9874-431) |
| | | |
| v. | § | March 28, 2024 |
| | | |
| DENTON CENTRAL APPRAISAL DISTRICT, Appellee | § | Memorandum Opinion by Justice Womack |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants Zachary Sadeghian, Agent and Trustee of KAMY Real Property Trust, KAMY Trust, Reram Inc., Kozamesa Inc., KAMY

Investments LLC, Amy J. Sadeghian of KAMY Real Property Trust, and ZFN Realty LLC shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dana Womack
Justice Dana Womack